# Court of Appeals
# of the State of Georgia

ATLANTA,____August 16, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A2142. ROBERT D. GLOVER v. HEATHER M. GLOVER.**

Heather M. Glover filed a petition for a permanent protective order against Robert D. Glover, which the trial court granted. Robert D. Glover then filed a petition for a writ of mandamus seeking to compel the trial court to dismiss the protective order. The trial court denied the petition for mandamus, and Robert D. Glover filed this direct appeal.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264, 264 (626 SE2d 83) (2006) ("[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised." (punctuation omitted)). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____* 08/16/2016 _____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*